# EXHIBIT B

CERTIFIED MAIL®

9414 7266 9904 2971 3100 77

RETURN RECEIPT REQUESTED

U.S. POSTAGE PITNEY BOWES

ZIP 42754 $ 013.05⁰
02 4W
0000371629 MAY 05 2020

STACIE BLAIN
C[illegible]OURT CLERK
G[illegible]N CIRCUIT & DISTRICT COURTS
JUDICIAL COMPLEX
500 CARROLL GIBSON BOULEVARD
LEITCHFIELD, KENTUCKY 42754

STACIE BLAIN
[illegible]CUIT COURT CLERK
[illegible]AYSON CIRCUIT & DISTRICT COURTS
JUDICIAL COMPLEX
5[illegible] CARROLL GIBSON BOULEVARD
LEITCHFIELD, KENTUCKY 42754

CT Corporation System
306 West Main Street, Suite 512
Frankfort, KY 40601

Walmart Stores East
20-CI-00094 Div II

LINE 1•

Thank you for using Return Receipt Service

FOLD AND TEAR HERE



Stacie Blain, Grayson Circuit Clerk
500 Carroll Gibson Blvd
Leitchfield, KY 42754-1475

CT CORPORATION SYSTEM
306 WEST MAIN STREET, SUITE 512
FRANKFORT, KY 40601

Package:000001 of 000007

## KCOJ eFiling Cover Sheet

Case Number: 20-CI-00094

Envelope Number: 2427687

Package Retrieval Number: 242768717067160@00000057750

Service by: Certified Mail

Service Fee: $ 0.00

Postage Fee: $ 12.50

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.

Presiding Judge: HON. KENNETH H. GOFF II (646391)

Package : 000001 of 000007

Page 1 of 1

Generated: 5/5/2020 4:48:34 PM

AOC-E-105 Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice *Courts.ky.gov*

CR 4.02; Cr Official Form 1



# CIVIL SUMMONS

Case #: **20-CI-00094**
Court: **CIRCUIT**
County: **GRAYSON**

*Plantiff*, **COOMER, JOYCE VS. WALMART, INC., ET AL**, *Defendant*

TO: **CT CORPORATION SYSTEM**
**306 WEST MAIN STREET, SUITE 512**
**FRANKFORT, KY 40601**

Memo: Related party is WAL-MART STORES EAST, LIMITED PARTNERSHIP

The Commonwealth of Kentucky to Defendant:
**WAL-MART STORES EAST, LIMITED PARTNERSHIP**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Stacie Blain, Grayson
Circuit Clerk
Date: 5/5/2020

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: ______________________________

☐ Not Served because: ______________________________

Date: ________________, 20______

______________________________
Served By

______________________________
Title

Summons ID: 242768717067160@00000057750
CIRCUIT: 20-CI-00094 Certified Mail
COOMER, JOYCE VS. WALMART, INC., ET AL





eFiled

Package:000002 of 000007

Presiding Judge: HON. KENNETH H. GOFF II (646391)

Package : 000002 of 000007

COMMONWEALTH OF KENTUCKY
GRAYSON CIRCUIT COURT
CIVIL ACTION NO: ______________

***FILED ELECTRONICALLY***

JOYCE COOMER PLAINTIFF

v.

WALMART, INC.

Serve: CT Corporation System
306 West Main Street, Suite 512
Frankfort, KY 40601

and

WAL-MART STORES EAST, LIMITED PARTNERSHIP DEFENDANTS

Serve: CT Corporation System
306 West Main Street, Suite 512
Frankfort, KY 40601

---

**COMPLAINT**

---

Comes now the Plaintiff, Joyce Coomer, by and through the undersigned counsel, and for her Complaint against the Defendants, Walmart Inc. and Wal-Mart Stores East, Limited Partnership, states as follows:

**PARTIES**

1. At all times pertinent hereto, the Plaintiff, Joyce Coomer, was a citizen and resident of Edmonson County, Kentucky residing at 5237 Sunfish Road, Brownsville KY 42210.

2. At all times material hereto, the Defendant, Walmart Inc., was a Kentucky Limited Foreign Corporation licensed to do business within the Commonwealth of Kentucky, with its

Package:000003 of 000007
Presiding Judge: HON. KENNETH H. GOFF II (646391)
Package : 000003 of 000007

principal office located at 702 SW 8th Street, Benton, AR 72716, and its Agent for Service of Process being CT Corporation System, 306 West Main Street, Suite 512, Frankfort, KY 40601.

3. At all times material hereto, the Defendant, Wal-Mart Stores East, Limited Partnership, was a Foreign ULPA Limited Partnership licensed to do business within the Commonwealth of Kentucky, with its principal office located at 702 SW 8th Street, Benton, AR 72716, and its Agent for Service of Process being CT Corporation System, 306 West Main Street, Suite 512, Frankfort, KY 40601.

4. At all times relevant hereto, the Defendants owned, controlled, operated, and/or supervised the Walmart located at 1801 Elizabethtown Road Leitchfield, KY 42754 (hereinafter "premises").

## JURISDICTION AND VENUE

5. The circumstances giving rise to this Complaint took place in Grayson County, Kentucky.

6. The amount of damages sustained by the Plaintiff is in excess of the minimum jurisdictional limits of the Grayson County Circuit Court.

7. Grayson County Circuit Court has jurisdiction over this matter and venue is appropriate in this County.

## GENERAL ALLEGATIONS

8. At all times relevant hereto, the Defendants, by and through their agents, ostensible agents, servants, employees, and/or other representatives, had a duty to maintain and keep said premises safe for the use of its patrons.

9. On or about November 22, 2019, as a direct and proximate result of the negligent acts and/or omissions of the Defendants, whether by and through their respective agents, ostensible agents,

Package:000004 of 000007
Presiding Judge: HON. KENNETH H. GOFF II (646391)
Package : 000004 of 000007

servants, employees, and/or other representatives, the Plaintiff, a business invitee, while exercising due care for her own safety, was injured by a dangerous condition created and/or not properly maintained by the Defendants, while lawfully and properly on the Defendants' premises. Specifically, the Plaintiff slipped and fell due to a puddle of water on the floor.

10. At said time and place, the Defendants owed the Plaintiff, as a business invitee upon said premises, a duty to exercise reasonable care for her safety.

11. The Defendants and their agents, ostensible agents, servants, employees, and/or other representatives breached their duty of care to the Plaintiff.

12. As a direct and proximate result of the negligence and carelessness of the Defendants, as heretofore alleged, the Plaintiff was caused to sustain personal injuries of a permanent nature to her person. The injuries sustained by the Plaintiff resulted in the following damages:

a. mental and physical pain and suffering both of a temporary and permanent nature all to her damage in a sum to be determined by a jury sitting in the trial of this matter;
b. the power and ability to labor and earn has been temporarily and permanently impaired all to her damage in a sum to be determined by a jury sitting in the trial of this matter;
c. the expenditure of sums of money for hospital, medical and other rehabilitation expenses, and will be caused to expend such sums of money in the future in an amount to be determined by a jury sitting in the trial of this matter;
d. loss of her ability to lead and enjoy a normal life, all to her damage, in a sum to be determined by a jury sitting in the trial of this matter; and,

Package:000005 of 000007
Presiding Judge: HON. KENNETH H. GOFF II (646391)
Package : 000005 of 000007

e. lost wages in addition to the above-mentioned loss of wage earning capacity, all of which are either permanent or continuing in nature and the Plaintiff will sustain said losses in the future.

**WHEREFORE**, the Plaintiff, Joyce Coomer, demands judgment against the Defendants, Walmart Inc. and Wal-Mart Stores East, Limited Partnership, as follows:

A. A trial by jury on all issues of fact herein;

B. Compensatory damages against the Defendants in a fair and reasonable amount to be determined by a jury sitting at the trial of this matter, but in an amount sufficient to confer jurisdiction on this Court;

C. For prejudgment interest from the date of the Plaintiff's injuries until such time the judgment is paid;

D. For the Plaintiff's costs herein expended; and,

E. For any and all other relief to which the Plaintiff is entitled.

**CERTIFICATION**

This is to certify that pursuant to KRS 411.188(2), the undersigned attorneys have notified by certified mail all of those parties believed to possibly hold subrogation rights to any award received by the Plaintiff as a result of this action and that the failure to assert subrogation rights by intervention, pursuant to Kentucky Civil Rule 24, or otherwise will result in a loss of those rights with respect to any final award received by the Plaintiff as a result of this action.

The party notified is as follows: Aetna, PO Box 2000, LaGrange, KY 40031 and Medicare, P.O. Box 138832, Oklahoma City, OK 73113.

Package:000006 of 000007

Presiding Judge: HON. KENNETH H. GOFF II (646391)

Package : 000006 of 000007

**RESPECTFULLY** submitted this 5th day of May, 2020.

*/s/ Lauren Marley*
LAUREN MARLEY
Morgan & Morgan
360 E. 8th Avenue, Suite 411
Bowling Green, KY 42101
Telephone: (270) 495-6798
Facsimile: (270) 495-6839
lmarley@forthepeople.com
COUNSEL FOR PLAINTIFF

Package:000007 of 000007

Presiding Judge: HON. KENNETH H. GOFF II (646391)

Package : 000007 of 000007



STACIE BLAIN
CIRCUIT COURT CLERK
GRAYSON CIRCUIT & DISTRICT COURTS
JUDICIAL COMPLEX
500 CARROLL GIBSON BOULEVARD
LEITCHFIELD, KENTUCKY 42754

CERTIFIED MAIL
9414 7266 9904 2971 3100 84
RETURN RECEIPT REQUESTED

U.S. POSTAGE PITNEY BOWES
ZIP 42754 $ 013.05
02 4W
0000371629 MAY 05 2020

CT Corporation System
306 West Main Street, Suite 512
Frankfort, KY 40601

Walmart, Inc.
20-CI-00094 Div II

LINE 1-

Thank you for using Return Receipt Service
FOLD AND TEAR HERE

Stacie Blain, Grayson Circuit Clerk
500 Carroll Gibson Blvd
Leitchfield, KY 42754-1475

CT CORPORATION SYSTEM
306 WEST MAIN STREET, SUITE 512
FRANKFORT, KY 40601

Package:000001 of 000007

# KCOJ eFiling Cover Sheet

Case Number: 20-CI-00094

Envelope Number: 2427687

Package Retrieval Number: 242768717067159@00000057749

Service by: Certified Mail

Service Fee: $ 0.00

Postage Fee: $ 12.50

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.

Presiding Judge: HON. KENNETH H. GOFF II (645391)

Package : 000001 of 000007

Page 1 of 1

Generated: 5/5/2020 4:48:32 PM

AOC-E-105 Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice *Courts.ky.gov*

CR 4.02; Cr Official Form 1

# CIVIL SUMMONS

Case #: **20-CI-00094**
Court: **CIRCUIT**
County: **GRAYSON**

*Plantiff*, **COOMER, JOYCE VS. WALMART, INC., ET AL**, *Defendant*

TO: **CT CORPORATION SYSTEM**
**306 WEST MAIN STREET, SUITE 512**
**FRANKFORT, KY 40601**

Memo: Related party is WALMART, INC.

The Commonwealth of Kentucky to Defendant:
**WALMART, INC.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Stacie Blain, Grayson
Circuit Clerk
Date: **5/5/2020**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: ______________________________

☐ Not Served because: ______________________________

Date: ________________, 20______

______________________________
Served By

______________________________
Title

Summons ID: 242768717067159@00000057749
CIRCUIT: 20-CI-00094 Certified Mail
COOMER, JOYCE VS. WALMART, INC., ET AL

Package:000002 of 000007

Presiding Judge: HON. KENNETH H. GOFF II (646391)

Package : 000002 of 000007

COMMONWEALTH OF KENTUCKY
GRAYSON CIRCUIT COURT
CIVIL ACTION NO: ______________

***FILED ELECTRONICALLY***

JOYCE COOMER PLAINTIFF

v.

WALMART, INC.

Serve: CT Corporation System
306 West Main Street, Suite 512
Frankfort, KY 40601

and

WAL-MART STORES EAST, LIMITED PARTNERSHIP DEFENDANTS

Serve: CT Corporation System
306 West Main Street, Suite 512
Frankfort, KY 40601

---

**COMPLAINT**

---

Comes now the Plaintiff, Joyce Coomer, by and through the undersigned counsel, and for her Complaint against the Defendants, Walmart Inc. and Wal-Mart Stores East, Limited Partnership, states as follows: .

**PARTIES**

1. At all times pertinent hereto, the Plaintiff, Joyce Coomer, was a citizen and resident of Edmonson County, Kentucky residing at 5237 Sunfish Road, Brownsville KY 42210.

2. At all times material hereto, the Defendant, Walmart Inc., was a Kentucky Limited Foreign Corporation licensed to do business within the Commonwealth of Kentucky, with its

Package:000003 of 000007
Presiding Judge: HON. KENNETH H. GOFF II (646391)
Package : 000003 of 000007

principal office located at 702 SW 8th Street, Benton, AR 72716, and its Agent for Service of Process being CT Corporation System, 306 West Main Street, Suite 512, Frankfort, KY 40601.

3. At all times material hereto, the Defendant, Wal-Mart Stores East, Limited Partnership, was a Foreign ULPA Limited Partnership licensed to do business within the Commonwealth of Kentucky, with its principal office located at 702 SW 8th Street, Benton, AR 72716, and its Agent for Service of Process being CT Corporation System, 306 West Main Street, Suite 512, Frankfort, KY 40601.

4. At all times relevant hereto, the Defendants owned, controlled, operated, and/or supervised the Walmart located at 1801 Elizabethtown Road Leitchfield, KY 42754 (hereinafter "premises").

**JURISDICTION AND VENUE**

5. The circumstances giving rise to this Complaint took place in Grayson County, Kentucky.

6. The amount of damages sustained by the Plaintiff is in excess of the minimum jurisdictional limits of the Grayson County Circuit Court.

7. Grayson County Circuit Court has jurisdiction over this matter and venue is appropriate in this County.

**GENERAL ALLEGATIONS**

8. At all times relevant hereto, the Defendants, by and through their agents, ostensible agents, servants, employees, and/or other representatives, had a duty to maintain and keep said premises safe for the use of its patrons.

9. On or about November 22, 2019, as a direct and proximate result of the negligent acts and/or omissions of the Defendants, whether by and through their respective agents, ostensible agents,

Package:000004 of 000007
Presiding Judge: HON. KENNETH H. GOFF II (646391)
Package : 000004 of 000007

servants, employees, and/or other representatives, the Plaintiff, a business invitee, while exercising due care for her own safety, was injured by a dangerous condition created and/or not properly maintained by the Defendants, while lawfully and properly on the Defendants' premises. Specifically, the Plaintiff slipped and fell due to a puddle of water on the floor.

10. At said time and place, the Defendants owed the Plaintiff, as a business invitee upon said premises, a duty to exercise reasonable care for her safety.

11. The Defendants and their agents, ostensible agents, servants, employees, and/or other representatives breached their duty of care to the Plaintiff.

12. As a direct and proximate result of the negligence and carelessness of the Defendants, as heretofore alleged, the Plaintiff was caused to sustain personal injuries of a permanent nature to her person. The injuries sustained by the Plaintiff resulted in the following damages:

a. mental and physical pain and suffering both of a temporary and permanent nature all to her damage in a sum to be determined by a jury sitting in the trial of this matter;

b. the power and ability to labor and earn has been temporarily and permanently impaired all to her damage in a sum to be determined by a jury sitting in the trial of this matter;

c. the expenditure of sums of money for hospital, medical and other rehabilitation expenses, and will be caused to expend such sums of money in the future in an amount to be determined by a jury sitting in the trial of this matter;

d. loss of her ability to lead and enjoy a normal life, all to her damage, in a sum to be determined by a jury sitting in the trial of this matter; and,

Package:000005 of 000007

Presiding Judge: HON. KENNETH H. GOFF II (646391)

Package : 000005 of 000007

c. lost wages in addition to the above-mentioned loss of wage earning capacity, all of which are either permanent or continuing in nature and the Plaintiff will sustain said losses in the future.

**WHEREFORE**, the Plaintiff, Joyce Coomer, demands judgment against the Defendants, Walmart Inc. and Wal-Mart Stores East, Limited Partnership, as follows:

A. A trial by jury on all issues of fact herein;

B. Compensatory damages against the Defendants in a fair and reasonable amount to be determined by a jury sitting at the trial of this matter, but in an amount sufficient to confer jurisdiction on this Court;

C. For prejudgment interest from the date of the Plaintiff's injuries until such time the judgment is paid;

D. For the Plaintiff's costs herein expended; and,

E. For any and all other relief to which the Plaintiff is entitled.

**<u>CERTIFICATION</u>**

This is to certify that pursuant to KRS 411.188(2), the undersigned attorneys have notified by certified mail all of those parties believed to possibly hold subrogation rights to any award received by the Plaintiff as a result of this action and that the failure to assert subrogation rights by intervention, pursuant to Kentucky Civil Rule 24, or otherwise will result in a loss of those rights with respect to any final award received by the Plaintiff as a result of this action.

The party notified is as follows: Aetna, PO Box 2000, LaGrange, KY 40031 and Medicare, P.O. Box 138832, Oklahoma City, OK 73113.

Package:000006 of 000007

Presiding Judge: HON. KENNETH H. GOFF II (646391)

Package : 000006 of 000007

**RESPECTFULLY** submitted this 5th day of May, 2020.

*/s/ Lauren Marley*
LAUREN MARLEY
Morgan & Morgan
360 E. 8th Avenue, Suite 411
Bowling Green, KY 42101
Telephone: (270) 495-6798
Facsimile: (270) 495-6839
lmarley@forthepeople.com
COUNSEL FOR PLAINTIFF

Package:000007 of 000007

Presiding Judge: HON. KENNETH H. GOFF II (646391)

Package : 000007 of 000007

Filed 20-CI-00094 05/15/2020 Stacie Blain, Grayson Circuit Clerk

COMMONWEALTH OF KENTUCKY
GRAYSON CIRCUIT COURT
CIVIL ACTION NO. 20-CI-00094
***Electronically Filed***

JOYCE COOMER PLAINTIFF

v.

WALMART, INC. DEFENDANTS
WALMART STORES EAST, LP

**ANSWER OF WALMART**

Defendants, Walmart, Inc. and Walmart Stores East, LP (hereinafter collectively referred to as "Walmart"), by and through counsel, for their Answer to the Plaintiff's Complaint, hereby state as follows:

**FIRST DEFENSE**

Subject to what discovery may reveal, the Complaint fails, in whole or in part, to state a claim upon which relief can be granted and should, therefore, be dismissed in its entirety with prejudice.

**SECOND DEFENSE**

Subject to what discovery may reveal, Walmart states that at the time and on the occasion described in the Complaint, the Plaintiff was guilty of negligence or fault, which was a substantial factor in causing and bringing about the incident in controversy and alleged damages; and that but for the comparative negligence and fault on the part of the Plaintiff, the incident would not have occurred and damages, if any, would not have been sustained. Walmart relies upon the negligence and fault of the Plaintiff as a partial and/or complete bar to any recovery herein and requests an apportionment instruction at the trial of this matter pursuant to KRS 411.182.

A08888AB-1DED-49BB-B0B3-EE43243664E5 : 000003 of 000009
ANS : 000001 of 000005

A08888AB-1DED-49BB-B0B3-EE43243664E5 : 000004 of 000009

**THIRD DEFENSE**

Walmart states that the incident in controversy and alleged damages, if any, may have been caused and brought about by and were the proximate result of a superseding and intervening negligent act, or negligent failure to act, on the part of someone other than Walmart and that but for this superseding and intervening cause, the incident and any alleged damages, if any, would not have been sustained. Walmart relies upon this superseding and intervening act as a partial and/or complete bar to any recovery herein.

**FOURTH DEFENSE**

Walmart states that the Plaintiff may have failed to mitigate damages, if any, and relies upon this failure as a partial and/or complete bar to recovery herein.

**FIFTH DEFENSE**

Walmart pleads any and all affirmative defenses set forth in Rules 8.03 and 12 of the Kentucky Rules of Civil Procedure as if set forth at length herein and specifically states that Plaintiff's claim may be barred by the statute of limitations and lack of jurisdiction and venue.

**SIXTH DEFENSE**

Subject to what discovery may reveal, the injuries and damages alleged in the Complaint, if any, were caused and brought about by and were the proximate result of a pre-existing condition, which condition existed prior to the date of the incident, and said pre-existing condition is either the proximate cause of the Plaintiff's injuries and damages or contributing cause of said injuries and damages; and but for said pre-existing condition, Plaintiff's injuries and damages would not and could not have occurred, or in the alternative, would not and could not have been as extensive as alleged in the Plaintiff's Cause of Action against Walmart herein.

ANS : 000002 of 000005

Filed 20-CI-00094 05/15/2020 Stacie Blain, Grayson Circuit Clerk

A08888AB-1DED-49BB-B0B3-EE43243664E5 : 000005 of 000009

Walmart hereby relies upon said negligence and/or fault of the Plaintiff as a complete bar to any recovery by the Plaintiff on the Complaint herein.

**SEVENTH DEFENSE**

The Complaint demands relief that is not recoverable under Kentucky law and Walmart raises this as an affirmative defense.

**EIGHTH DEFENSE**

To the extent that there exists any person or entity who has paid any amounts to or for the benefit of Plaintiff on account of events or injuries or damages alleged in the Complaint and who have not been properly notified of their subrogation rights, Plaintiff has failed to comply with KRS 411.188 and the Complaint is barred. Alternatively, Plaintiff is precluded from recovery of amounts which are the subject of subrogation rights. Moreover, to the extent such person or entity exists, Plaintiff is not the real party in interest to the extent of any such payment.

**NINTH DEFENSE**

Subject to what discovery may reveal, the injuries and damages alleged in the Complaint, if any occurred, were caused in whole or in part by the primary, active, superseding, intervening negligence and/or intentional acts of Plaintiff and/or third persons or entities other than Walmart for which Walmart has no liability, responsibility, direction or control and Plaintiff's claims are, therefore, barred or reduced in proportion to the fault attributable to persons or entities other than Walmart.

**TENTH DEFENSE**

Walmart reserves the right to supplement this Answer and plead any and all additional defenses and affirmative defenses that arise during the course of the litigation.

ANS : 000003 of 000005

Filed 20-CI-00094 05/15/2020 Stacie Blain, Grayson Circuit Clerk

Filed 20-CI-00094 05/15/2020 Stacie Blain, Grayson Circuit Clerk

A08888AB-1DED-49BB-B0B3-EE43243664E5 : 000006 of 000009

**ELEVENTH DEFENSE**

In response to numerical paragraphs, Walmart states:

1. Walmart is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in numerical paragraphs 1, 5, 6 and 7 of Plaintiff's Complaint and, therefore, denies same.

2. In response to the allegations contained in numerical paragraphs 2 and 3, Walmart denies that Walmart Inc. is a Kentucky Limited corporation. Walmart clarifies that Walmart Inc. and Walmart Stores East, LP have their principal place of business in Bentonville, (Benton County), Arkansas. Walmart admits the remaining allegations contained in paragraphs 2 and 3 of Plaintiff's Complaint.

3. In response to the allegations contained in numerical paragraph 4 of Plaintiff's Complaint, Walmart admits only that Walmart Stores East, LP operated the subject premises.

4. The allegations contained in numerical paragraphs 8 and 10 of Plaintiff's Complaint are statements of Plaintiff's opinion of the law to which no response is required. In the event a response is required, Walmart denies the allegations contained in numerical paragraphs 8 and 10 of Plaintiff's Complaint.

5. Walmart denies the allegations contained in paragraphs 9, 11, and 12 (including all subparts) of Plaintiff's Complaint.

6. Walmart denies each and every allegation of Plaintiff's Complaint not specifically admitted.

WHEREFORE, Defendants demand as follows:

1. Plaintiff's Complaint be dismissed with prejudice;

2. Fault be apportioned pursuant to KRS 411.182;

ANS : 000004 of 000005

3. For their costs herein expended;

4. Trial by jury on all issues so triable; and

5. For any and all other relief to which they may be entitled.

Respectfully submitted,

/s/ *Jennifer Kincaid Adams*
Jennifer Kincaid Adams
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY 40202
Phone: 502-584-1600
Fax: 502-584-9971
jadams@bdblawky.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 15th day of May, 2020. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

Hon. Lauren Marley
MORGAN & MORGAN
360 East 8th Avenue, Suite 411
Bowling Green, Kentucky 42101
*Counsel for Plaintiff*

*/s/ Jennifer Kincaid Adams*
*Counsel for Defendants*

A08888AB-1DED-49BB-B0B3-EE4324364E5 : 000007 of 000009
ANS : 000005 of 000005

Filed 20-CI-00094 05/15/2020 Stacie Blain, Grayson Circuit Clerk

COMMONWEALTH OF KENTUCKY
GRAYSON CIRCUIT COURT
CIVIL ACTION NO. 20-CI-00094
***Electronically Filed***

JOYCE COOMER PLAINTIFF

v.

WALMART, INC. DEFENDANTS
WALMART STORES EAST, LP

**NOTICE OF SERVICE**

Defendant, Walmart Stores East, LP, by and through counsel, hereby gives Notice of Service of its First Set of Interrogatories and Request for Production of Documents Propounded to Plaintiff by electronic mail on May 15, 2020.

Respectfully submitted,

/s/ *Jennifer Kincaid Adams*

Jennifer Kincaid Adams
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY 40202
Phone: 502-584-1600
Fax: 502-584-9971
jadams@bdblawky.com
*Counsel for Defendants*

A08888AB-1DED-49BB-B0B3-EE4324366 4E5 : 000008 of 000009

NO : 000001 of 000002

Filed 20-CI-00094 05/15/2020 Stacie Blain, Grayson Circuit Clerk

A08888AB-1DED-49BB-B0B3-EE43243664E5 : 000009 of 000009

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 15th day of May, 2020. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

Hon. Lauren Marley
MORGAN & MORGAN
360 East 8th Avenue, Suite 411
Bowling Green, Kentucky 42101
*Counsel for Plaintiff*

*/s/ Jennifer Kincaid Adams*_________
*Counsel for Defendants*

NO : 000002 of 000002

2

Filed 20-CI-00094 05/15/2020 Stacie Blain, Grayson Circuit Clerk

Filed 20-CI-00094 05/15/2020 Stacie Blain, Grayson Circuit Clerk

COMMONWEALTH OF KENTUCKY
GRAYSON CIRCUIT COURT
CIVIL ACTION NO. 20-CI-00094
***Electronically Filed***

JOYCE COOMER PLAINTIFF

v.

WALMART, INC. DEFENDANTS
WALMART STORES EAST, LP

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants Walmart, Inc. and Walmart Stores East, LP:

Jennifer Kincaid Adams
Blackburn, Domene & Burchett, PLLC
614 West Main Street, Suite 3000
Louisville, KY 40202
502-584-1600 phone
502-584-9971 fax
jadams@bdblawky.com

I certify that I am admitted to practice in this Court.

Respectfully submitted,

/s/ *Jennifer Kincaid Adams*
Jennifer Kincaid Adams
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY 40202
Phone: 502-584-1600
Fax: 502-584-9971
jadams@bdblawky.com
*Counsel for Defendants*

A08888AB-1DED-49BB-B0B3-EE4324366 4E5 : 000001 of 000009

EA : 000001 of 000002

Filed 20-CI-00094 05/15/2020 Stacie Blain, Grayson Circuit Clerk

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 15th day of May, 2020. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

Hone. Lauren Marley
MORGAN & MORGAN
360 East 8th Avenue, Suite 411
Bowling Green, Kentucky 42101
*Counsel for Plaintiff*

*/s/ Jennifer Kincaid Adams*_________
*Counsel for Defendants*

A08888AB-1DED-49BB-B0B3-EE4324364E5 : 000002 of 000009

EA : 000002 of 000002

2

Filed 20-CI-00094 05/15/2020 Stacie Blain, Grayson Circuit Clerk

COMMONWEALTH OF KENTUCKY
GRAYSON CIRCUIT COURT
CIVIL ACTION NO. 20-CI-00094
***Electronically Filed***

JOYCE COOMER PLAINTIFF

v.

WALMART, INC.
WALMART STORES EAST, LP DEFENDANTS

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants Walmart, Inc. and Walmart Stores East, LP:

Emily C. Lamb
Blackburn, Domene & Burchett, PLLC
614 West Main Street, Suite 3000
Louisville, KY 40202
502-584-1600 phone
502-584-9971 fax
elamb@bdblawky.com

I certify that I am admitted to practice in this Court.

Respectfully submitted,

*/s/ Emily C. Lamb*
Emily C. Lamb
Jennifer Kincaid Adams
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY 40202
Phone: 502-584-1600
Fax: 502-584-9971
elamb@bdblawky.com
jadams@bdblawky.com
*Counsel for Defendants*

2FAA07BB-A0AB-43E1-92C7-6768E8CB2DDF : 000001 of 000002
EA : 000001 of 000002

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 15th day of June, 2020. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

Hone. Lauren Marley
MORGAN & MORGAN
360 East 8th Avenue, Suite 411
Bowling Green, Kentucky 42101
*Counsel for Plaintiff*

*/s/ Emily C. Lamb*__________
*Counsel for Defendants*

2FAA07BB-A0AB-43E1-92C7-6768E8CB2DDF : 000002 of 000002

EA : 000002 of 000002

COMMONWEALTH OF KENTUCKY
GRAYSON CIRCUIT COURT
CIVIL ACTION NO: 20-CI-00094

JOYCE COOMER PLAINTIFF

v.

WALMART, INC. and
WAL-MART STORES EAST, LIMITED PARTNERSHIP DEFENDANTS

---

**NOTICE OF SERVICE**

---

Please take notice that on this the 16th day of June, 2020, Plaintiff propounded her First Set of Requests for Admission, Interrogatories, and Requests for Production of Documents upon Defendants, Walmart, Inc. and Wal-Mart Stores East, Limited Partnership.

Respectfully submitted,

*/s/ Lauren E. Marley*______________
LAUREN E. MARLEY
Morgan & Morgan Kentucky, PLLC
360 E. 8th Avenue, Suite 411
Bowling Green, KY 42101
Phone: (270) 495-6798
Email: lmarley@forthepeople.com
*Counsel for Plaintiff*

149AD9B6-1846-40C2-A5B4-D57EF3AA55C2 : 000001 of 000002

NO : 000001 of 000002

149AD9B6-1846-40C2-A5B4-D57EF3AA55C2 : 000002 of 000002

**CERTIFICATE OF SERVICE**

I certify that on this 16th day of June, 2020, I served a copy of the foregoing on the parties via the Court's Electronic Filing System, or via electronic mail for non-participants, to:

Jennifer Kincaid Adams
Emily C. Lamb
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY 40202
jadams@bdblawky.com
*Counsel for Defendants*
.

*/s/ Lauren E. Marley*___________________
LAUREN E. MARLEY

NO : 000002 of 000002

Filed 20-CI-00094 06/18/2020 Stacie Blain, Grayson Circuit Clerk

COMMONWEALTH OF KENTUCKY
GRAYSON CIRCUIT COURT
CIVIL ACTION NO. 20-CI-00094

JOYCE COOMER PLAINTIFF

v.

WALMART, INC. and
WALMART STORES EAST, LIMITED PARTNERSHIP DEFENDANTS

---

**NOTICE OF SERVICE**

---

Please take notice that on the 17th day of June, 2020, Plaintiff served her Responses to Defendants' First Set of Requests for Admission, Interrogatories, and Requests for Production of Documents upon Defendants.

Respectfully submitted,

*/s/ Lauren E. Marley*______________
LAUREN E. MARLEY
Morgan & Morgan Kentucky, PLLC
360 E. 8th Avenue, Suite 411
Bowling Green, KY 42101
Phone: (270) 495-6798
Email: lmarley@forthepeople.com
*Counsel for Plaintiff*

752C66F8-0CB8-4CAE-824F-30F2C28DF56C : 000001 of 000002

NO : 000001 of 000002

Filed 20-CI-00094 06/18/2020 Stacie Blain, Grayson Circuit Clerk

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing was sent to the following via electronic mail on this the 18th day of June, 2020:

Jennifer Kincaid Adams
Emily C. Lamb
Blackburn Domene & Burchett
614 W. Main Street, #3000
Louisville, KY 40202
jadams@bdblawky.com
*Counsel for Walmart*

/s/ *Lauren E. Marley*___________
*Counsel for Plaintiff*

752C66F8-0CB8-4CAE-824F-30F2C28DF56C : 000002 of 000002

NO : 000002 of 000002