UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

*Electronically Filed*

| | |
|---|---|
| JOYCE COOMER ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CASE NO. 4:20CV-00099-JHM-HBB |
| ) | |
| ) | |
| WALMART INC, ) | |
| WALMART STORES EAST, LP ) | |
| ) | |
| DEFENDANTS ) | |

**AGREED ORDER OF DISMISSAL**

Plaintiff, Joyce Coomer, and the Defendants, Walmart Inc. and Wal-Mart Stores East, LP, by counsel, hereby advise the Court that the parties have reached an agreement concerning the claims of the Plaintiff against Defendants, and the Court having fully considered the same;

**IT IS HEREBY ORDERED AND ADJUDGED** that all of Plaintiff's claims against Defendants are dismissed with prejudice.

Joseph H. McKinley Jr., Senior Judge
United States District Court

June 6, 2022

**HAVE SEEN AND AGREED TO:**

s/ Emily C. Lamb
Jennifer Kincaid Adams
Emily C. Lamb
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, Kentucky 40202
(502) 584-1600
(502) 584-9971(facsimile)
jadams@bdblawky.com
elamb@bdblawky.com
*Counsel for Defendants*


/s/ Lauren E. Marley (w/permission)
Lauren E. Marley
Morgan & Morgan
360 East 8th Ave., Ste. 411
Bowling Green, KY 42101
Tel: 270.495.6798
Fax: 270.495.6839
lmarley@forthepeople.com
*Counsel for Plaintiff*